ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARGARITA M. VALENZUELA,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>    Defendant. | Case No.: 1:25-cv-00860-BAM<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will offer Plaintiff an opportunity for a hearing; further develop the record as necessary; and issue a new decision. The parties further request that the

Stip. For Voluntary Remand;  Case 1:25-cv-00860-BAM     1

Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

DATE: November 19, 2025

*/s/ Lawrence D. Rohlfing*\*
LAWRENCE D. ROHLFING
Attorney for Plaintiff
(\* approved via email on 11/19/25)

ERIC GRANT
United States Attorney

DATE: November 19, 2025   By   *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   **November 20, 2025**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE