1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing, Inc., CPC
   12631 East Imperial Highway Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Margarita M. Valenzuela

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11  MARGARITA M. VALENZUELA,        ) Case No.: 1:25-cv-00860-BAM
                                     )
12          Plaintiff,               ) STIPULATION AND ~~PROPOSED~~
                                     ) ORDER FOR THE AWARD AND
13      vs.                          ) PAYMENT OF ATTORNEY FEES
                                     ) AND EXPENSES PURSUANT TO
14  FRANK BISIGNANO,                 ) THE EQUAL ACCESS TO JUSTICE
    Commissioner of Social Security, ) ACT, 28 U.S.C. § 2412(d) AND
15                                   ) COSTS PURSUANT TO 28 U.S.C. §
            Defendant.               ) 1920; DECLARATION OF Lawrence
16                                   ) D. Rohlfing
    _____)
17

18      TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE

19  JUDGE OF THE DISTRICT COURT:

20      IT IS HEREBY STIPULATED, by and between the parties through their

21  undersigned counsel, subject to the approval of the Court, that Margarita M.

22  Valenzuela ("Valenzuela") be awarded attorney fees and expenses in the amount of

23  five thousand five hundred twenty dollars ($5,520.00) under the Equal Access to

24  Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.

25  This amount represents compensation for all legal services rendered on behalf of

26

                                    -1-

1  Plaintiff by counsel in connection with this civil action, in accordance with 28
2  U.S.C. §§ 1920; 2412(d).

3       After the Court issues an order for EAJA fees to Valenzuela, the
4  government will consider the matter of Valenzuela's assignment of EAJA fees to
5  Lawrence D. Rohlfing.  The retainer agreement containing the assignment is
6  attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010),
7  the ability to honor the assignment will depend on whether the fees are subject to
8  any offset allowed under the United States Department of the Treasury's Offset
9  Program.  After the order for EAJA fees is entered, the government will determine
10 whether they are subject to any offset.

11      Fees shall be made payable to Valenzuela, but if the Department of the
12 Treasury determines that Valenzuela does not owe a federal debt, then the
13 government shall cause the payment of fees, expenses and costs to be made
14 directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the
15 assignment executed by Valenzuela.[1]  Any payments may be made by check or
16 electronic fund transfer (EFT) and shall be delivered to the Law offices of
17 Lawrence D. Rohlfing, Inc.

18      This stipulation constitutes a compromise settlement of Valenzuela's request
19 for EAJA attorney fees, and does not constitute an admission of liability on the part
20 of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall
21 constitute a complete release from, and bar to, any and all claims that Valenzuela
22 and/or Lawrence D. Rohlfing including Law Offices of Lawrence D. Rohlfing,
23 Inc., CPC may have relating to EAJA attorney fees in connection with this action.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

1    This award is without prejudice to the rights of Lawrence D. Rohlfing and/or

2  the Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act

3  attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of

4  the EAJA.

5  DATE: December 17, 2025   Respectfully submitted,

6                                              LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

7                                                  /s/   *Lawrence D. Rohlfing*[2]

8                            BY: _____
                                              Lawrence D. Rohlfing
9                                              Attorney for plaintiff Margarita M. Valenzuela

10

11  DATED: December 17, 2025    MICHELE BECKWITH
                                                         Acting United States Attorney
12                                                       MATHEW W. PILE
                                                         Associate General Counsel
13                                                       Social Security Administration

14

15                                                  /s/ *Marcelo N. Illarmo*

16                                              _____
                                              MARCELO N. ILLARMO
                                              Special Assistant United States Attorney
17                                              Attorneys for Defendant
                                              FRANK BISIGNANO, Commissioner of Social
18                                              Security (Per e-mail authorization)

19

20

21

22

23

24

_____

25  [2] Counsel for the plaintiff attests that all other signatories listed, and on whose
behalf the filing is submitted, concur in the filing's content and have authorized the
26  filing.

**ORDER**

Pursuant to the parties' stipulation, Margarita M. Valenzuela is awarded attorney fees and expenses in the amount of five thousand five hundred twenty dollars ($5,520.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920 pursuant to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   **December 30, 2025**              /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE